NEWBURY PLACE REO II, LLC, Plaintiff, v ALI A. ZAHRAN, Also Known as ALI ZAHRAN, Defendant. ALI A. ZAHRAN, Third-Party Plaintiff-Respondent; MICHAEL VISCOME et al., Third-Party Defendants-Appellants, et al., Third-Party Defendants. [971 NYS2d 912]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered September 5, 2012. The order denied the motion of third-party defendants Michael Viscome and Lisa M. Viscome for summary judgment dismissing the third-party complaint against them.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court. Present—Smith, J.P., Peradotto, Carni and Lindley, JJ.